# EXHIBIT A

RECEIVED

JAN 2 3 2018

LEGAL DEPARTMENT
BELLEVUE SCHOOL DISTRICT

SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR KING COUNTY

| | |
|---|---|
| LQ, a pseudonym, | NO. |
|         Plaintiff, | **COMPLAINT FOR DAMAGES** |
|   v. | |
| BELLEVUE SCHOOL DISTRICT, | |
|         Defendant. | |

COMES NOW Plaintiff LQ, by and through her attorneys at Emerald Law Group PLLC, and alleges as follows:

## I.  PARTIES

1.1.    Plaintiff LQ is a resident of California.  At the time of the events described herein she was a minor and a resident of Bellevue, King County, Washington.

1.2.    Bellevue School District is a school district located in Bellevue, King County, Washington.

## II.  FACTS

2.1.    During her eighth-grade year at Chinook Middle School ("CMS"), LQ witnessed a gang of four boys sexually assault her best friend on a school bus operated by the Defendant. Lillian reported the assault to school officials the next morning.

COMPLAINT FOR DAMAGES - 1

**EMERALD LAW GROUP, PLLC**
811 FIRST AVENUE SUITE 510
SEATTLE, WA 98104
PH: (206) 826-5160
FAX: (206) 922-5598

7

2.2     Despite having reported the assault to school officials, no action was taken. Defendants and its employees and agents did not notify the police or LQ's parents.  Defendants also failed to take any actions to prevent the same group of students from continuing bullying and harassing students.

2.3     For the remainder of the school year, this same group of boys, all of whom lived in the same community as Plaintiff, bullied and harassed LQ while LQ was a student at Chinook Middle School, including sexually assaulting LQ.  The bullying and harassment continued as LQ matriculated to Bellevue High School, another school under the control and supervision of Defendant.

2.4     The Defendant and its agents, employees and staff, despite knowing that this group of boys had sexually assaulted a student and despite being informed by LQ of the acts on the school bus, failed to take any action to prevent the same students from continuing to bully and harass LQ during the remaining school year.

2.5     The Defendant also failed to implement policies or provide effective deterrents or other actions to prevent bullying and harassment of LQ while she attended school.

2.5     As a result of the Defendant's actions and/or omissions, LQ became ill and required medical treatment, medication, psychiatric care and counseling.

### III. FIRST CLAUSE OF ACTION: NEGLIGENCE

3.1.    Plaintiff realleges and incorporates herein paragraphs 1.1 through 2.5.

3.2.    The Bellevue School District owed LQ a number of duties. These include but are not limited to: (1) a duty to take precautions to protect students in its custody from reasonably anticipated dangers; (2) a duty to make school bus travel safe so that students are protected and events such as the sexual assault LQ witnessed do not occur; (3) a duty to respond appropriately once an event such as the sexual assault LQ witnessed occurs; (4) a duty to report criminal acts such as sexual

COMPLAINT FOR DAMAGES - 2

1  assault to the police; (5) a duty to supervise and to protect students from the tortious acts of third

2  parties, specifically their peers; (6) a duty to protect a student who has reported a sexual assault from

3  subsequent and related bullying and harassment; (7) a duty to protect a student from any kind of

4  bullying and harassment; (8) a duty to inform parents when their child has witnessed a sexual assault

5  – particularly where that student has provided the school/district with a written report regarding the

6  assault and the parents have requested a copy of that report; (9) a duty to inform parents that their

7  child is being subjected to bullying and harassment; and (10) a duty to inform parents that their child

8  is having physical, mental, medical, emotional and scholastic problems at school.

9          3.3.    Bellevue School District negligently breached all of these duties and its actions

10  and inactions have proximately caused injuries and damages, including economic and noneconomic

11  damages to LQ in an amount to be proven at trial.

12                  **IV. SECOND CAUSE OF ACTION: NEGLIGENT INFLICTION**

13                                  **OF EMOTIONAL DISTRESS**

14          4.1.    Plaintiff realleges and incorporates herein paragraphs 1.1 through 3.3.

15          4.2.    The Bellevue School District owed LQ a number of duties. These include, but are

16  not limited to: (1) a duty to take precautions to protect students in its custody from reasonably

17  anticipated dangers; (2) a duty to make school bus travel safe so that students are protected and event

18  such as the sexual assault LQ witnessed do not occur; (3) a duty to respond appropriately once an

19  event such as the sexual assault LQ witnessed occurs; (4) a duty to report criminal acts such as sexual

20  assault to the police; (5) a duty to supervise and to protect students from the tortious acts of third

21  parties, specifically their peers; (6) a duty to protect a student who has reported a sexual assault from

22  subsequent and related bullying and harassment; (7) a duty to protect a student from any kind of

23  bullying and harassment; (8) a duty to inform parents when their child has witnessed a sexual assault

24  COMPLAINT FOR DAMAGES - 3

**EMERALD LAW GROUP, PLLC**
811 FIRST AVENUE SUITE 510
SEATTLE, WA 98104
PH: (206) 826-5160
FAX: (206) 922-5598

1   – particularly where that student has provided the school/district with a written report regarding the

2   assault and the parents have requested a copy of that report; (9) a duty to inform parents that their

3   child is being subjected to bullying and harassment; (10) a duty to inform parents that their child is

4   having physical, mental, medical, emotional and scholastic problems at school.

5          4.3.     Bellevue School District negligently breached all of these duties and its actions

6   have proximately caused LQ to suffer emotional distress in an amount that will be proven at trial.

7                                        **VII. PRAYER FOR RELIEF**

8          WHEREFORE, the Plaintiff prays for the following relief:

9          1.     Judgement against Defendant awarding LQ all her claimed damages in amounts to

10  be established at trial;

11         2.     Pre-judgment interest according to applicable law;

12         3.     Attorney's fees and costs as authorized by law;

13         4.     Such other and further relief as the Court deems just and equitable.

14

15         DATED this 16th day of January 2018.

16

17                          /s/Jonathan Nolley_____
                            Jonathan Nolley, WSBA #35850

18

19

20

21

22

23

24  COMPLAINT FOR DAMAGES - 4                        **EMERALD LAW GROUP, PLLC**
                                           811 FIRST AVENUE SUITE 510
                                              SEATTLE, WA 98104
                                                PH: (206) 826-5160
                                             FAX: (206) 922-5598

RECEIVED

JAN 2 3 2018

LEGAL DEPARTMENT
BELLEVUE SCHOOL DISTRICT

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING**

| | |
|---|---|
| LQ, | NO.   18-2-01323-2 SEA |
| Plaintiff, | SUMMONS |
| v. | (20 DAYS) |
| Bellevue School District, | |
| Defendant. | |

TO THE DEFENDANT: A lawsuit has been started against you in the above-entitled Court by the Plaintiff named herein.

Plaintiff's claims are stated in the written Complaint, a copy of which was served upon you with this summons.

In order to defend against this lawsuit, you must respond to the Complaint by stating your defense in writing, and serve a copy upon the undersigned attorney for the plaintiff within 20 days or a default judgment may be entered against you without notice. A default judgment is one where the plaintiff is entitled to what he asks for because you have not responded.  If you serve a Notice of Appearance on the undersigned attorney, you are entitled to notice before a default judgment may be entered.

You may demand that the plaintiff file this lawsuit with the Court.  If you do so, the demand must be in writing and must be served upon the plaintiffs.  Within 14 days after you

SUMMONS - 1

EMERALD LAW GROUP
811 First Avenue, Suite 510
SEATTLE, WASHINGTON 98104
T: 206.826.5160
F: 206.922.5598

11

1   serve the demand, the plaintiff must file this lawsuit with the Court or the service on you of this

2   Summons and Complaint will be void.

3          If you wish to seek the advice of an attorney in this matter, you should do so promptly

4   so that your written response, if any, may be served on time.

5          This Summons is issued and mailed pursuant to Rule 4 of the Superior Court Civil Rules

6   of the State of Washington.

7

8

9

10          DATED this 17th day of January 2018.

11                                              **EMERALD LAW GROUP PLLC**

12

13                                               /s/ Jonathan Nolley_____
                                                Jonathan Nolley, WSBA No. 35850
14                                              Attorneys for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27   SUMMONS - 2

28