THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LQ, a pseudonym,<br><br>               Plaintiff,<br><br>     v.<br><br>BELLEVUE SCHOOL DISTRICT,<br><br>               Defendant. | CASE NO. C18-0145-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Defendant recently withdrew its notice of removal and the Clerk closed the case. (Dkt. Nos. 1, 2.) The case is hereby REMANDED to King County Superior Court. This order is EFFECTIVE IMMEDIATELY. *See* W.D. Wash. Local Civ. R. 3(i). The Clerk is DIRECTED to transmit a certified copy of this order to the clerk of the State court, which may proceed with the case.

DATED this 7th day of February 2018.

                                              William M. McCool
                                              Clerk of Court

                                              s/Tomas Hernandez
                                              Deputy Clerk